UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    20 CR 601 (PKC)

              -against-                             ORDER

ANTTWAN CROSBIE,

                              Defendant.
----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

              Conference with respect to possible substitution of counsel is scheduled for

December 14, 2021 at 2:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.  The

Government, David Touger and CJA attorney Marc Greenwald, who is provisionally

appointed, shall appear at the conference.

              SO ORDERED.

                              _____
                                    P. Kevin Castel
                                    United States District Judge

Dated: New York, New York
        December 3, 2021


cc:    Marc L. Greenwald
       marcgreenwald@quinnemanuel.com